AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Any and all vehicles driven to or within 1,000 yards of the Rosemont Pavilion, 700 Seco Street, Pasadena, California 91103 on January 16, 2018, in which any of the individuals listed in Attachment A-4 were a driver or occupant

Case No.   2:18-MJ-00050

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/10/18 2pm       *[signature]*
                                        Judge's signature

City and state:   Los Angeles, California       United States Magistrate Judge
                                                Printed name and title
                                                SUZANNE H. SEGAL

AUSA: Lindsey Greer Dotson (x4443)

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return |||
|---|---|---|
| Case No.: 2:18-MJ-00050 | Date and time warrant executed: 01/16/2018 6:00am | Copy of warrant and inventory left with: |
| Inventory made in the presence of: SA Jonathan Bauman, SA Leah Tanner |||
| Inventory of the property taken and name of any person(s) seized: [Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.] |||

See attached FD-597

---

**Certification** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 02/01/2018

Leah Tanner
*Executing officer's signature*

Leah Tanner, Special Agent
*Printed name and title*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # ███████████

On (date) 1/16/18

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) David Caster
(Street Address) 7040 5th Avenue
(City) Los Angeles

Description of Item(s): Items from Grey Nissan, California license plate 7SUA963 (1) Misc items from inside vehicle: silver and black sunglasses; black and grey headphones; Black and white cords; Black and tan brush; Black Hurley hat and, Dollar Rent-a-Car documents.

Received By: _____ (Signature)

Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # ███████████████

On (date) 1/16/18

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☑ Seized

(Name) Kenneth Collins
(Street Address) 12707 Mulberry Avenue, Chino CA
(City) Chino

Description of Item(s): Items from Black Tahoe, California license plate 8AGM561
(1) Black handgun, Smith and Wesson, serial number HNX5846;
(2) Pistol magazine w/ 8 bullets, 1 loose 9mm bullet, and brown Galco holster;
(3) Samsung cellphone in brown leather case and 6 misc. cards; (4) Brown tri-fold wallet w/ Driver License for Kenneth Leon Collins containing the following cards in the name of Kenneth Collins: - Gold AAA, exp 01/15/2019; - Blue Bank of America Business Debit Card; - Kaiser Permanente; - Club Bev (no name on card); - Gold AAA, exp 01/15/2018; - Bass Pro Shop (no name); - Unity Financial Credit Union; Red Bank of America Debit Card; California Driver License #C5747139 (expired); - Yellow Debit Card. • Wallet also contained $57 in cash and 6 misc business cards.
(5) Los Angeles Deputy Sheriff Badge #4248 and ID Card in the name of Kenneth Collins; (6) Misc Items from center console of car = Grey Knit Cap and Alamo car rental documents (7) Black LG Verizon cellphone and (8) Nike Blue XL Jacket and Black Ray Ban Sunglasses

Received By: _____(Signature)_____   Received From: _____(Signature)_____